UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MAKIESE LOTUTALA JOHNSON, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:26-CV-465 |
| | § | |
| WARDEN, PORT ISABEL DETENTION | § | |
| CENTER, *et al.*, | § | |
| | § | |
| Respondents. | § | |

## ORDER

Petitioner Makiese Lotutala Johnson is currently detained by Immigration and Customs Enforcement at the Port Isabel Detention Facility in Cameron County, Texas. In this habeas action, Petitioner alleges that his fifteen-month detention has become unconstitutionally prolonged. (Pet., Doc. 1)

Respondents move for summary judgment because Petitioner is subject to mandatory detention under 8 U.S.C. § 1225(b)(2)(A). (MSJ, Doc. 17)

A United States Magistrate Judge recommends that the Court grant the Motion for Summary Judgment (Doc. 17) and deny the Petition. (R&R, Doc. 20) No party objected to the Report and Recommendation and the deadline for doing so expired on June 15, 2026.

"When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." FED. R. CIV. P. 72(b), Advisory Comm. Note (1983). The Court has reviewed the Report and Recommendation and finds no clear error within it.

As a result, the Court **ADOPTS** the Report and Recommendation (Doc. 20). It is:

**ORDERED** that Respondent's Motion for Summary Judgment (Doc. 17) is **GRANTED**; and

**ORDERED** that Petitioner Makiese Lotutala Johnson's Petition for Writ of Habeas Corpus (Doc. 1) is **DENIED**.

This is a final and appealable order.

Signed on June 17, 2026.

Fernando Rodriguez, Jr.
United States District Judge